**Walter M. COBB, Respondent,**

v.

**Robert J. ATHA and Raymond M. Atha, Appellants.**

**No. WD 38694.**

Missouri Court of Appeals, Western District.

June 16, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 4, 1987.

Application to Transfer Denied Sept. 15, 1987.

Ronald S. Reed, Jr. and Michael J. Ordnung of Morton, Reed & Counts, St. Joseph, for appellants.

Michael L. Taylor of Watkins, Boulware, Lucas & Miner, St. Joseph, for respondent.

Before GAITAN, P.J., and SHANGLER and MANFORD, JJ.

## ORDER

PER CURIAM:

Appellants appeal an order of summary judgment entered by the trial court in an action for declaratory judgment wherein respondent sought a declaration that he is the owner of a certain strip of ground.

The judgment is affirmed. Rule 84.16(b).